# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-334

| | |
|---|---|
| RACHEL PALACINO and JOHN PALACINO, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BEECH MOUNTAIN RESORT, INC., | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Heather Whitaker Goldstein's Application For Admission to Practice *Pro Hac Vice* of Eugene C. Covington, Jr. It appearing that Eugene C. Covington, Jr. is a member in good standing with the South Carolina State Bar and will be appearing with Heather Whitaker Goldstein, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Heather Whitaker Goldstein's Application for Admission to Practice *Pro Hac Vice* (#13) of Eugene C.

Covington, Jr. is **GRANTED**, and that Eugene C. Covington, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Heather Whitaker Goldstein.

Signed: October 23, 2014

Dennis L. Howell
United States Magistrate Judge