IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv334

| | | |
|---|---|---|
| RACHEL PALACINO and JOHN PALACINO, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| BEECH MOUNTAIN RESORT, INC., | ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court are Defendant's Daubert motion [# 22] and Plaintiffs' Motions to Exclude Expert Testimony [# 26 & #28]. The parties have filed numerous exhibits associated with these three motions. The Court **DIRECTS** the parties to supply hardcopies of the previously filed memorandums with hardcopies of the supporting exhibits to chambers by October 30, 2015. The parties may submit these materials jointly or separately.

Signed: October 27, 2015

Dennis L. Howell
United States Magistrate Judge