IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 334

| | |
|---|---|
| RACHEL PALACINO AND JOHN PALACINO, ) ) ) Plaintiffs, ) ) v ) ) BEECH MOUNTAIN RESORT, INC., ) ) Defendant. ) | **ORDER** |

**THIS MATTER** is before the undersigned pursuant to a Motion for Sanctions (#24) filed by the Plaintiffs. The Defendant responded to the motion and attached to that Response (#33) the purported affidavit of Gil Adams (#33-1). An examination of the affidavit shows that at least one, if not more, pages are missing from the affidavit. The undersigned will direct that Defendant refile the Affidavit of Gil Adams (#33-1) and all pages and paragraphs that were to be included in the affidavit on or before November 6, 2015.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Defendant refile the Affidavit of Gil Adams, including all pages and paragraphs of the affidavit, and that such filing take place on or before **November 6, 2015**.

1

Signed: November 3, 2015

Dennis L. Howell
United States Magistrate Judge