IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv334

| | | |
|---|---|---|
| RACHEL PALACINO and JOHN PALACINO, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| BEECH MOUNTAIN RESPORT, INC., | ) ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Motion to Bifurcate [# 20]. Defendant moves to bifurcate trial on the issue of punitive damages. The undersigned has this day entered an Order granting to Defendant summary judgment on the Plaintiffs' claim for punitive damages which renders the Motion to Bifurcate [#20] as being moot.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Bifurcate [#20] is **DENIED** as being moot.

December 11, 2015

*[Signature]*

Title of Signing Officer
United States District Court