# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv334

| | |
|---|---|
| RACHEL PALACINO and JOHN PALACINO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BEECH MOUNTAIN RESPORT, INC., )<br>)<br>Defendant. )<br>_____) | ORDER |

Previously, the Court continued the trial in this case pending a ruling on the Motion for Summary Judgment and other motions. Having now disposed of all the pending motions, the Court **DIRECTS** the parties as follows:

(1) The Court **SETS** this case for the March 2016 trial term, which begins February 29, 2016, and runs through March 18, 2016.

(2) The Court **SETS** the pretrial conference in this case for February 16, 2016, at 10:00 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina.

(3) Any motions in limine shall be filed by February 5, 2016, and any responses are due February 12, 2016. Each side is limited to a total of twenty-five pages combined for all motions in limine and a total of

twenty-five pages combined for any and all responses. Prior to filing motions in limine, the parties should meet and confer as to the necessity of any such motions and whether the opposing side intends to offer at trial the evidence that is the subject of the motion in limine.

(4) The parties shall exchange exhibit lists by February 10, 2016. The parties shall file their witness lists with the Court by February 12, 2016. The parties shall provide the Court with an exhibit notebook containing each side's proposed exhibits by February 12, 2016.

(5) The parties shall file proposed jury instructions by February 16, 2016.

Signed: December 18, 2015

Dennis L. Howell
United States Magistrate Judge