**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv334**

| | | |
|---|---|---|
| **RACHEL PALACINO and JOHN PALACINO,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BEECH MOUNTAIN RESPORT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Joint Motion to Set Date Certain for Trial

[# 60].   The Court **GRANTS** the motion [# 60].  The jury trial in this matter shall

commence on March 10, 2016.

Signed: January 20, 2016

Dennis L. Howell
United States Magistrate Judge