**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:13-cv-334**

| | |
|---|---|
| **RACHEL PALACINO and** | ) |
| **JOHN PALACINO,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **BEECH MOUNTAIN RESORT, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

      **THIS MATTER** is before the Court on Kimberly Sullivan's Application For Admission to Practice *Pro Hac Vice* of Robert L. Shannon, Jr.  It appearing that Robert L. Shannon, Jr. is a member in good standing with the Georgia State Bar and will be appearing with Kimberly Sullivan, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

      **IT IS, THEREFORE, ORDERED** that Kimberly Sullivan's Application for Admission to Practice *Pro Hac Vice* (#61) of Robert L. Shannon, Jr. is **GRANTED**, and that Robert L. Shannon, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kimberly Sullivan.

Signed: January 26, 2016


Dennis L. Howell
United States Magistrate Judge