IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 334

RACHEL PALACINO AND JOHN )
PALACINO, )
 )
    Plaintiffs, )
 )    **ORDER**
**v** )
 )
BEECH MOUNTAIN RESORT, INC., )
 )
    Defendant. )

**THIS MATTER** is before the undersigned pursuant to a Motion in Limine No.1 (#67) filed by Defendant. The Motion in Limine is not supported by a brief. LCvR 7.1(C) states:

> **(C) Requirement of Briefs.** Briefs shall be filed contemporaneously with the motion, except no brief is required in support of timely motions for extension of time, continuances, admission *pro hac vice*, or early discovery. Exhibits in support of a brief shall be attached as appendices as specified in the Administrative Procedures. Factual contentions shall be supported as specifically as possible by citation to exhibit number and page.

Due to the fact Defendant did not support its motion with a brief, the motion will be denied without prejudice.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion in Limine No.1 (#67)

1

filed by Defendant is **DENIED** without prejudice for failure of Defendant's counsel to comply with LCvR 7.1(C).

Signed: February 12, 2016

Dennis L. Howell
United States Magistrate Judge