# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv334

| | |
|---|---|
| RACHEL PALACINO and JOHN PALACINO, ) ) ) Plaintiffs, ) ) v. ) ) BEECH MOUNTAIN RESPORT, INC., ) ) Defendant. ) _____) | ORDER |

Pursuant to this Court's inherent authority to manage the scheduling of trial and control the disposition of its cases and the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** that the term contained in the Jury Summons for Jury Pool Number 101160203, issued on February 22, 2016, be **EXTENDED** through March 25, 2016. All prospective jurors in this pool shall remain under Summons for that period.

Signed: March 15, 2016

Dennis L. Howell
United States Magistrate Judge