# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION
## 1:13 CV 334

RACHEL PALACINO AND JOHN PALACINO,

    Plaintiffs,

v

BEECH MOUNTAIN RESORT, INC.,

Defendant.

**JUDGMENT**

THIS MATTER having come before the Court in accordance with 28, U.S.C., Section 636(c), and the following issues having been submitted to and tried by a jury, and the Verdict (#112) of the jury having been duly recorded and entered upon the record and the following issues having been submitted to and answered by the jury as follows:

(1) Was the plaintiff Rachel Palacino injured by the negligence of Beech Mountain Resort, Inc.?

Answer: YES

(2) What amount, if any, is the plaintiff Rachel Palacino entitled to recover as damages for personal injuries?

Answer: $23,000

(3)	Did the negligence of Beech Mountain Resort, Inc. proximately cause John Palacino to lose the consortium of his spouse?

Answer:	NO

4)	By what amount, if any, should the plaintiffs' actual damages be reduced because of Rachel Palacino's failure to avoid or minimize her injuries?

Answer:

Rachel Palacino	$ Zero

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** in accordance with the Verdict that the Plaintiff Rachel Palacino have and recover of the Defendant Beech Mountain Resort, Inc. the sum of $23,000.00, with interest thereon accruing at the rate provided by law, and her costs of this action as may be determined by the Clerk of this Court.

Signed: March 28, 2016

Dennis L. Howell
United States Magistrate Judge